No. 417. WALTER S. SCOTT ET AL., PETITIONERS, *v.* AUGUSTUS L. ABBOTT, TRUSTEE, ETC. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Joseph S. Laurie*

and *Mr. Frederick N. Judson* for petitioners. *Mr. Lee W. Grant, Mr. B. Schnurmacher, Mr. Leo Rassieur* and *Mr. B. P. Kennedy* for the respondent.